United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 11, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-21183
Summary Calendar

FLOYD THOMAS ROGERS, SR., as next of kin of minors Rebekah
Kwanita Rogers, Jonah Jarrad Rogers, Joelle Rogers; DYKEBA
LECOLE ROGERS, as next of kin of minors Rebekah Kwanita
Rogers, Jonah Jarrad Rogers, Joelle Rogers,

Plaintiffs-Appellants,

versus

METROPOLITAN TRANSIT AUTHORITY METROLIFT; ARTURO JACKSON,
Manager of Metrolift Services; MARY ANN DENDOR, ADA
Coordinator for Metrolift Services; SHIRLEY RODRIGUEZ,
Appeals Coordinator for Metrolift Services; FIRST TRANSIT
INC; JOHN SMITH, Metrolift Driver,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-03-CV-3680
--------------------

Before GARZA, DEMOSS, and CLEMENT, Circuit Judges

PER CURIAM:[*]

Floyd Thomas Rogers and Dykeba Lecole Rogers seek leave to
proceed in forma pauperis (IFP) in the appeal of the dismissal of
their suit for want of prosecution. IT IS ORDERED that their
motion for leave to proceed IFP is GRANTED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The parties have fully briefed this case.  The plaintiffs fail, however, to demonstrate that the district court abused its discretion when it dismissed their case for want of prosecution. See FED. R. CIV. P. 41(b); Al-Ra'id v. Ingle, 69 F.3d 28, 33 (5th Cir. 1995); Gonzales v. Firestone Tire & Rubber Co., 610 F.2d 241, 247 (5th Cir. 1980).  Accordingly, the judgment of the district court is AFFIRMED.